✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Cotton States Mutual Insurance Company

V.

Gregory S. Sample

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv842-WKW

TO: (Name and address of Defendant)

Gregory S. Sample
507 Santolina Road
Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jannea S. Rogers, Esq.
P. O. Box 1348
Mobile, Alabama 36633

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    9/19/07

CLERK                                                   DATE

(By) DEPUTY CLERK