IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: 07-cv-842 |
| v. | * | |
| GREGORY S. SAMPLE | * | |
| Defendant. | | |

DISCLOSURE STATEMENT PURSUANT TO
LOCAL RULE 3.4

Pursuant to local Rule 3.4 the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Cotton States Mutual Insurance Company, in the above captioned action, certifies there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public. Cotton States Mutual Insurance Company is a mutual insurer and is not a publicly traded company. Further, no publicly traded company is an owner of Cotton States, nor are there any parent companies to Cotton States Mutual Insurance Company.

September 28, 2007                                    s/ Jannea S. Rogers
Date                                                              Jannea S. Rogers