IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

COTTON STATES MUTUAL
INSURANCE COMPANY,
    Plaintiff

vs.                                   *      CASE NO. 1:07-CV-842-WKW

GREGORY S. SAMPLE,
    Defendant

### ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT

    Comes now the Defendant, Gregory S. Sample, in the above styled cause and for answer to the Complaint for Declaratory Judgment heretofore filed in this cause, says as follows:

    1. The Defendant, Gregory S. Sample, states that he only inquired regarding representation of personal liability after speaking with my local Cotton States agent.

    2. The Defendant received a telephone call from Mr. Wayne A. Bolgla, Supervising Claims Attorney for the Plaintiff. He stated that he wasn't sure whether the policy in question would provide me coverage.

    3. On July 6, 2007, I responded with the attached correspondence, listed as Exhibit "A", asking that Cotton States review my policy and contact me with regards to their decision.

    4. The Defendant never received any correspondence or telephone calls after the submission of the above-listed Exhibit "A" until I was served with this Complaint.

    5. The Defendant denies that he should be ordered to pay any costs to the Plaintiff in this matter.

    Respectfully submitted this 7th day of October, 2007.

                                                     GREGORY S. SAMPLE
                                                     Defendant, Pro Se
                                                     507 Santolina Road
                                                     Dothan, Alabama 36301
                                                     334/790-0636

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have this date mailed a copy of the foregoing answer to the Honorable Jannea S. Rogers, Attorney for Plaintiff, by placing a copy of same in the U.S. Mail, postage prepaid and addressing it to her at Adams and Reese, LLP, Post Office Box 1348, Mobile, Alabama, 36633-1348, this 7% day of October, 2007.

_____
Defendant

July 6, 2007

Mr. Wayne A. Bolgla
Supervising Claims Attorney
Cotton States Insurance
P.O. Box 105303
Atlanta, Georgia 30348

RE: Claim No: 315-434

Dear Mr. Bolgla:

At the present time it is my belief and understanding those claims in this suit against me personally would be covered by my policy. It is my hope that you would review the complaint in its entirety, which would be all that encompasses the four corners of the document.

Also, at this time I have yet gained any other documents that I might be able to submit. Once the discovery process takes place it is my hope that I gain the needed documents to solidify Cotton States help in this matter.

Sincerely,

*[signature]*
Gregory S. Sample

"EXHIBIT ___A___"