**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **COTTON STATES MUTUAL** )<br>**INSURANCE COMPANY,** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>)<br>**GREGORY S. SAMPLE,** )<br>)<br>   **Defendant.** ) | **CASE NO. 1:07-cv-842-WKW** |

## ORDER

It is ORDERED that a telephonic scheduling conference is set in this matter for **November 16, 2007 at 10:30 a.m.** Counsel for Plaintiff is DIRECTED to take all necessary action to coordinate and commence the status conference call.

DONE this 6th day of November, 2007.

　　　　　　　　　　　　　　　　　　 /s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE