IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:07-cv-842-WKW<br>) |
| GREGORY S. SAMPLE | )<br>) |
| Defendant. | ) |

**ORDER**

For good cause shown, it is ORDERED that the parties shall file a jointly prepared amended Rule 26(f) report **on or before November 29, 2007.**

DONE this 19th day of November, 2007.

                                                /s/  W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE