IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, )<br>)<br>PLAINTIFFS; )<br>)<br>VS. )<br>)<br>GREGORY S. SAMPLE, )<br>)<br>DEFENDANTS. ) | CASE NO. 1:07CV842-WKW |

**NOTICE OF APPEARANCE**

_____

The undersigned attorney, W. Davis Malone, III, hereby enters his appearance as attorney for Defendant, Gregory S. Sample, in the above styled action.

Dated this 29th day of November, 2007.

                                            By: /s/ W. Davis Malone, III_____
                                                W. Davis Malone, III (MAL012)
                                                ASB-2134-N67W
                                                Attorney for Defendant, Gregory S. Sample

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama 36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401
Email: wdm@ffmlaw.com

CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of November, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, by using the CM/ECF system which will send a notice of electronic filing to the persons listed on the Court's electronic notification list. I further certify that the foregoing document and the notice of electronic filing has been served by depositing copies thereof, first-class postage prepaid, in the United States mail to the non-CM/ECF participants identified on the notice attached to the service copies mailed to those non-participants.

                                          /s/ W. Davis Malone, III
                                          W. Davis Malone, III