IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

COTTON STATES MUTUAL INSURANCE,

Plaintiff,

v.  CASE NO. 1:07cv842

GREGORY S. SAMPLE,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Gregory S. Sample, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Regatta Closing and Title Corporation, Inc. | Plaintiff is Majority Shareholder |

11/30/2007
Date

(Signature)

W. Davis Malone, III
(Counsel's Name)

Gregory S. Sample
Counsel for (print names of all parties)

Post Office Drawer 668
Dothan, AL 36302
Address, City, State Zip Code

(334) 794-8596
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I, W. Davis Malone, III, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of November 20 07, to:

Jannea S. Rogers, Esq., attorney for Plaintiff

11/30/2007
Date

Signature