IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:07-cv-842-WKW ) |
| GREGORY S. SAMPLE, | ) ) |
| Defendant. | ) |

## **ORDER**

The parties have notified the court this case has settled. The parties are ORDERED to file a joint stipulation of dismissal on or before **May 15, 2008.**

DONE this 24th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE