IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. SAMPLE<br><br>Defendant. | *<br>*<br>*   Civil Action No.: 07-cv-842<br>*<br>* |

## STIPULATION OF DISMISSAL

COMES NOW, the parties hereto, Plaintiff Cotton States Mutual Insurance Company and Defendant Gregory S. Sample, by and through undersigned counsel and hereby stipulate to dismissal of this matter with prejudice. Each party to bear their own costs.

_____
JANNEA S. ROGERS
WILLIAM P. BLANTON
Attorney for Plaintiff Cotton States
Mutual Insurance Company

_____
W. DAVIS MALONE, III
Attorney for Defendant Gregory Sample

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 07-cv-842 |
| GREGORY S. SAMPLE | * |
| Defendant. | * |

### ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Joint Dismissal with Prejudice submitted by the parties herein. Based on that joint request,

IT IS HEREBY ORDERED AND ADJUDGED that all claims that were raised herein, or which could have been raised in this lawsuit, are hereby dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

**DONE AND ORDERED** in chambers in United States District Court for the Middle District of Alabama, Southern Division, Houston County, Alabama, this _____ day of _____, 2008.

_____
U. S. DISTRICT COURT JUDGE

Copies to:

Jannea S. Rogers
Adams and Reese LLP
P. O. Box 1348
Mobile, Alabama 36633-1348

W. Davis Malone
Farmer, Farmer & Malone, P. A.
P. O. Drawer 668
Dothan, Alabama 36302